**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1103**

---

CHARLES ULYSSES SMITH,

Plaintiff - Appellant,

versus

UNITED STATES ARMY; BOARD OF MILITARY CORREC-
TION; BOARD OF MILITARY REVIEW,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Alexander Harvey II, Senior District
Judge.  (CA-95-3483-H)

---

Submitted:  June 20, 1996          Decided:  June 28, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Charles Ulysses Smith, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his pro se complaint under the Federal Tort Claims Act, 28 U.S.C. §§ 2675-80 (1995). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Smith v. United States Army</u>, No. CA-95-3483-H (D. Md. Dec. 6, 1995; Jan. 24, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>